# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America　§
　　　　　　　　　　　　　§ CRIMINAL COMPLAINT
vs.　　　　　　　　　　　 § CASE NUMBER: DR:18-M -04427(1)
　　　　　　　　　　　　　§
(1) Gumercindo Soto-Amaya § 

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 13, 2018** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Gumercindo SOTO-Amaya, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Alexandria, La on February 9, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title　**8**　United States Code, Section(s)　**1326(a)(1)**.

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: "The defendant, Gumercindo SOTO-Amaya, was arrested by Border Patrol Agents, on May 13, 2018 for being an alien illegally present in the United States. Investigation and records of

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

　　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　　　Robles, Reynaldo
　　　　　　　　　　　　　　　　　　　　　　　BORDER PATROL AGENT

05/16/2018　　　　　　　　　　　　　　at　DEL RIO, Texas
File Date　　　　　　　　　　　　　　　　　 City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE　　　　　　　　Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                         Case Number: DR:18-M -04427(1)

(1) Gumercindo Soto-Amaya

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on February 9, 2018 through Alexandria, La. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____          _____
Signature of Judicial Officer                        Signature of Complainant